UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: .: 1:13-cv-261-TJM/RFT

v.

ROBERT AZANK a/k/a/ROBERTO AZANK, indiv and d/b/a ART PRINTS BY ROBERTO AZANK,
        Defendant

## DEFAULT JUDGMENT IN A CIVIL CASE

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on March 27, 2013, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of May 2013, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover Robert Azank a/k/a Roberto Azank individually and d/b/a Art Prints by Roberto Azank, defendant, who resides at; 8 Watch Hill Road, New Paltz, New York 12561, damages in the amount of $28,814.43 and have execution therefor.

Clerk of Court

BY: s/ Nicole Killius
      Deputy Clerk